IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HAROLD D. COGGIN,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   CIVIL ACTION 1:23-0199-KD-MU<br>) |
| SAGESURE INS. MANAGERS, LLC, *et al.,*<br>    Defendants. | )<br>) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 27, 2023 (Doc. 20) is **ADOPTED** as the opinion of this Court.  As such, it is **ORDERED** that Defendant SageSure Insurance Managers, LLC's motion to dismiss (Doc. 3) is **GRANTED,** and SageSure is hereby **DISMISSED** as a Defendant in this case.

**DONE** and **ORDERED** this the **15th** day of **August 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**