# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| HAROLD D. COGGIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACTION: 1:23-00199-KD-MU |
| | ) |
| ALABAMA INSURANCE GUARANTY | ) |
| ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge, (Doc. 32), made under 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. GenLR 72, and dated February 23, 2024, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff's unopposed request for remand is **GRANTED** and that this case is **REMANDED** back to the Circuit Court of Cullman County, Alabama, from where it was originally removed.

**DONE** and **ORDERED** this the **12th** day of **March 2024.**

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE